UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-1181-GAP-EJK

HOWARD COHAN,

    Plaintiff,

vs.

BLAZIN WINGS, INC.
a Foreign Profit Corporation
d/b/a BUFFALO WILD WINGS

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BLAZIN WINGS, INC., a Foreign Profit Corporation, d/b/a BUFFALO WILD WINGS, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED March 14, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Kimberly R. Rivera** |
| Gregory S. Sconzo, Esq. | Jessica T. Travers |
| Florida Bar No.: 0105553 | Florida Bar No. 18129 |
| Sconzo Law Office, P.A. | LEAD COUNSEL |
| 3825 PGA Boulevard, Suite 207 | Email: jtravers@littler.com |
| Palm Beach Gardens, FL 33410 | Kimberly R. Rivera |
| Telephone: (561) 729-0940 | Florida Bar No. 124822 |

1

Facsimile: (561) 491-9459  Email: krivera@littler.com
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**