UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

    **Plaintiff,**

v.                                       Case No. 6:23-cv-1181-CEM-EJK

**BLAZIN WINGS, INC.,**

    **Defendant.**

_____ /

**ORDER**

    THIS CAUSE is before the Court on the Notice of Settlement (Doc. 28), which advises the Court that the above-styled action has been settled.

    Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Orlando, Florida on March 19, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record